WILLIAM H. MASSON *v.* UNITED STATES

No. 6083.—Invoices dated Roubaix, France, September 28, 1939, etc.
Certified October 3, 1939, etc.
Entered at Baltimore, Md., November 30, 1939, etc.
Entry No. 1797, etc.

(Decided January 9, 1945)

*Tompkins & Tompkins* (*J. Stuart Tompkins* of counsel) for the plaintiff.
*Paul P. Rao*, Assistant Attorney General (*Daniel I. Auster* and *Dorothy C. Bennett*, special attorneys), for the defendant.

COLE, Judge: When these cases were called for hearing at Baltimore, on December 15, 1944, they were submitted by both parties without the introduction of evidence by either side.

An examination of the official record in each case discloses nothing to disturb the value found by the appraiser, which is presumptively

correct, section 501 of the Tariff Act of 1930 (19 U. S. C. 1940 ed. § 1501).

Accordingly, I find the appraised value in each instance to be the proper dutiable value for the merchandise. Judgment will be rendered accordingly.